**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

970 Broad Street, Suite 700
Newark, New Jersey 07102

general number: (973) 645-2700
telephone: (973) 645-2892
fax: (973) 297-2010
e-mail: jafer.aftab@usdoj.gov

Electronically Filed

September 24, 2008

The Honorable Peter G. Sheridan, U.S.D.J.
United States District Court, District of New Jersey
Martin L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    Martinez v. Webber, et al.
            Civil Action No. 08-175

Your Honor:

    Please be advised that on this day plaintiff has been released from custody thereby mooting plaintiff's above-captioned action challenging his custody. *See Arizonans for English v. Arizona*, 520 U.S. 43, 68 n. 23 (1997)(advising counsel to notify the Court regarding potential mootness). Defendant has contact plaintiff's counsel, who has advised the undersigned that he will file a Notice of Dismissal, pursuant to Federal Rule 41(a)(1)(A)(i) of Civil Procedure.

                                   Sincerely,

                                    CHRISTOPHER J. CHRISTIE
                                    United States Attorney

                                   S/ Jafer Aftab
                     By:   JAFER AFTAB
                           Assistant U.S. Attorney

Attachments (Notice of Release and Proof of Personal Service)

*Case is dismissed*

**SO ORDERED:** /s/ Peter G. Sheridan
**DATED:** 9/24/08

Office of Detention and Removal Operations
Newark Field Office
U.S. Department of Homeland Security
Peter W. Rodino Jr. Federal Building
970 Broad Street, Room 904
Newark, NJ 07102



U.S. Immigration
and Customs
Enforcement

Jose Martinez                                                    A40 015 774
C/O Hudson County Jail
35 Hackensack Avenue
Kearny, NJ 07032

### Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States. This release is to be considered a parole, unless you were lawfully admitted when you last entered the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____          9/19/08
Signature of Field Office Director    Date

(rev 1/19/05)

Decision of Post Order Custody Review – Release
A40 015 774, Jose Martinez
Page 2

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I __CHRIS SUBRENALES__, __PO__,
      Name of ICE Officer                   Title
certify that I served __JOSE MARTINEZ_____ with a copy of
                       Name of detainee
this document at __NEWARK, NJ__ on __9/27/08__, at __CPU__.
                   Institution              Date         Time

(b) I certify that I served the custodian _____,
                                            Name of Official
_____, at _____, on
    Title                    Institution
_____ with a copy of this document.
   Date

**OR**

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
        Name of ICE Officer              Title
that I served _____ and the custodian _____,
              Name of detainee                             Name of Official
with a copy of this document by certified mail at _____ on _____.
                                                   Institution         Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

## CERTIFICATE OF SERVICE

Re:  Martinez vs. Webber, *et al.*
     Civil Action No. 08-175

I, Assistant United States Attorney Jafer Aftab, hereby certify that on September 24, 2008, I served my letter with attachments, dated September 24, 2008, upon plaintiff's counsel, Victor Schurr, Esq., by way of electronic filing and notification, pursuant to the United States District Court, District of New Jersey, Electronic Case Filing Policies and Procedures § 14(b)(1) (amended September 1, 2008).

I certify under penalty of perjury that the foregoing is true and correct.

                              S/ Jafer Aftab
                              Jafer Aftab
                              Assistant U.S. Attorney

DATED: September 24, 2008